Civil- (Dec-2008)

HONORABLE: Jeffrey Alker Meyer
DEPUTY CLERK _____ RPTR/ECRO/TAPE Diana Huntington
TOTAL TIME: 1 hours 19 minutes
DATE: 1/16/2018    START TIME: 3:08    END TIME: 4:27
LUNCH RECESS  FROM: _____  TO: _____
RECESS (if more than ½ hr)  FROM: _____  TO: _____

CIVIL NO. 3:16-cv-01938-JAM

Katelin Noffsinger

vs

SSC Niantic Operating Company LLC

Henry F. Murray
Plaintiff's Counsel

Thomas C. Blatchley
Defendant's Counsel

## COURTROOM MINUTES- CIVIL

☑ Motion hearing            ☐ Show Cause Hearing
☐ Evidentiary Hearing       ☐ Judgment Debtor Exam
☐ Miscellaneous Hearing

☑ …..#64  Motion for Summary Judgment        ☐ granted ☐ denied ☑ advisement
☑ …..#66  Motion for Summary Judgment        ☐ granted ☐ denied ☑ advisement
☐ …..#___ Motion_____        ☐ granted ☐ denied ☐ advisement
☐ …..#___ Motion_____        ☐ granted ☐ denied ☐ advisement
☐ …..#___ Motion_____        ☐ granted ☐ denied ☐ advisement
☐ …..#___ Motion_____        ☐ granted ☐ denied ☐ advisement
☐ …..#___ Motion_____        ☐ granted ☐ denied ☐ advisement
☐ …..     Oral Motion_____       ☐ granted ☐ denied ☐ advisement
☐ …..     Oral Motion_____       ☐ granted ☐ denied ☐ advisement
☐ …..     Oral Motion_____       ☐ granted ☐ denied ☐ advisement
☐ …..     Oral Motion_____       ☐ granted ☐ denied ☐ advisement
☐ …..     ☐ Briefs(s) due _____ ☐ Proposed Findings due _____ Response due _____
☐ ………… _____  ☐ filed ☐ docketed
☐ ………… _____  ☐ filed ☐ docketed
☐ ………… _____  ☐ filed ☐ docketed
☐ ………… _____  ☐ filed ☐ docketed
☐ ………… _____  ☐ filed ☐ docketed
☐ ………… _____  ☐ filed ☐ docketed
☐ ………… Hearing continued until _____ at _____

Notes: