UNITED STATE DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| KATELIN NOFFSINGER, | CIVIL ACTION NO. |
| Plaintiff, | |
| v. | 3:16-CV-01938 |
| SSN OPERATING COMPANY LLC d/b/a BRIDE BROOK NURSING & REHABILATATION CENTER, | |
| Defendant. | February 21, 2019 |

## STIPULATION OF DISMISSAL WITH PREJUDICE

Plaintiff, Katelin Noffsinger and Defendant, SSN Operating Company LLC, by and through their respective attorneys, hereby stipulate to the dismissal of the Complaint with prejudice, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), all matters in controversy having been resolved to the mutual satisfaction of the parties.

Respectfully submitted,

| | |
|---|---|
| /s/   Henry F. Murray | /s/   Thomas C. Blatchley |
| Henry F. Murray, Esq. | Thomas C. Blatchley, Esq. |
| Livingston, Adler, Pulda, Meiklejohn &Kelly PC | Gordon & Rees, Scully Mansukhani, LLP |
| 557 Prospect Ave. | 95 Glastonbury Blvd, Suite 206 |
| Hartford, CT 06105 | Glastonbury, CT 06033 |
| Tel: 860-233-9821 Fax: 860-232-7818 | Tel: 860-494-7525 Fax: 860-560-0185 |
| hfmurray@lapm.org | tblatchley@grsm.com |
| Attorney for Plaintiff, Katelin Noffsinger | Attorney for Defendant, SSN Operating Company, LLC |

## CERTIFICATION

I hereby certify that on the 21[th] day of February 2019, a copy of the foregoing was filed electronically. Notice of this filing will be sent by email to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic filings. Parties may access this filing through the Court's CM/ECF System.

/s/ Henry F. Murray
Henry F. Murray